## MITCHELTREE SCHOOL TOWNSHIP OF MARTIN COUNTY *v.* MARLEY.

[No. 8,221.   Filed January 14, 1914.]

From Martin Circuit Court; *James W. Ogden,* Judge.

Action by Herbert Marley against Mitcheltree School Township of Martin County. From a judgment for plaintiff, the defendant appeals. *Reversed.*

*Frank E. Gilkison,* for appellant.
*F. Gwin,* for appellee.

. IBACH, J.—This case, as presenting the same questions, was consolidated for briefing purposes with the case of *Mitcheltree School Tp.* v. *Hitchcock* (1914), *ante* 698. Upon the authority of that case, the judgment is reversed, with directions to the trial court to overrule appellee's demurrer to appellant's answer, and for further proceedings not inconsistent with the opinion in that case.

## MITCHELTREE SCHOOL TOWNSHIP OF MARTIN COUNTY *v.* HERRINGTON.

[No. 8,222.   Filed January 14, 1914.]

From Martin Circuit Court; *James W. Ogden,* Judge.

Action by Lewis Herrington against Mitcheltree School Township of Martin County. From a judgment for plaintiff, the defendant appeals. *Reversed.*

*Frank E. Gilkison,* for appellant.
*F. Gwin,* for appellee.

IBACH, J.—This case, as presenting the same questions, was consolidated for briefing purposes with the case of *Mitcheltree School Tp.* v. *Hitchcock* (1914), *ante* 698. Upon the authority of that case, the judgment is reversed, with directions to the trial court to overrule appellee's demurrer to appellant's answer, and for further proceedings not inconsistent with the opinion in that case.